Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,173,555
Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



THE SMITTEN KITTEN, INC. (MINNESOTA CORPORATION)
3010 LYNDALE AVENUE SOUTH
MINNEAPOLIS, MN 55408

FOR: RETAIL STORES FEATURING SEX TOYS, BOOKS AND VIDEOS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-2-2003; IN COMMERCE 6-2-2003.

THE COLOR(S) WHITE, PINK, ORANGE, GREEN AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A CAT WITH AN ORANGE BODY, BLACK STRIPES, GREEN EYES AND PINK COLLAR. WHITE LETTERING ON A PINK BACKGROUND.

SER. NO. 78-680,549, FILED 7-28-2005.

BRIAN PINO, EXAMINING ATTORNEY

EXHIBIT A