**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Smitten Kitten, Inc.,

    Plaintiff,

v.                                     Case No. 1:10cv663

Mike Fernandez,                 Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on Plaintiff's Motion for Service by Publication. (Doc. 6.) Plaintiff seeks to serve the Complaint and Summons on Defendant Mike Fernandez by publication.

    The Court finds that service by publication is permitted in this action under Fed. R. Civ. P. 4(e)(1) and Ohio R. Civ. P. 4.4(A)(1). Based on the Affidavit filed by counsel for Plaintiff in connection with its Motion, the Court hereby **GRANTS** Plaintiff's Motion (Doc. 6). Plaintiff is hereby authorized to serve Defendant Mike Fernandez by publication. Plaintiff shall cause the legal notice to be published in a newspaper of general circulation in Hamilton County, Ohio.

    **IT IS SO ORDERED.**

                                                          */s/ Michael R. Barrett*
                                                          Michael R. Barrett, Judge
                                                          United States District Court