## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| The Smitten Kitten, Inc. | : | |
| | : | Case No. 1:10-cv-00663 |
| Plaintiff, | : | |
| | : | Judge Barrett |
| vs. | : | |
| | : | |
| Mike Fernandez, d/b/a Sex Toys Revolutions | : | |
| | : | |
| | : | |
| Defendant. | | |

_____

### NOTICE OF DISMISSAL
_____

Pursuant to Civil Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its Complaint without prejudice to refiling.

        Respectfully submitted,

        *s/ Amy Ruth Ita*
        Amy Ruth Ita, Trial Attorney (0074520)
        Barnes & Thornburg LLP
        21 East State Street, Suite 1850
        Columbus, Ohio 43215
        (614) 628-0096
        (614) 628-1433 (facsimile)
        amy.ita@btlaw.com

        *Attorneys for Plaintiff*
        *The Smitten Kitten, Inc.*